UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLVIN McCRIGHT, B08892,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RON BROOMFIELD, Acting Warden,<br><br>　　　　Respondent. | Case No. 19-cv-07507-CRB (PR)<br><br>**JUDGMENT** |

　　　For the reasons set forth in the accompanying order dismissing the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner.

　　　The clerk is directed to close the case and terminate all pending motions as moot.

　　　**IT IS SO ORDERED**.

Dated: March 3, 2020

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COLVIN MCCRIGHT,

    Plaintiff,

v.

RON DAVIS,

    Defendant.

Case No. 3:19-cv-07507-CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 3, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Colvin McCright ID: B-08892
San Quentin State Prison
San Quentin, CA 94974

Dated: March 3, 2020

                              Susan Y. Soong
                              Clerk, United States District Court

                              By:_____
                              Lashanda Scott, Deputy Clerk to the
                              Honorable CHARLES R. BREYER